FILED
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8952

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Isaac NAVARRO-Lomeli | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about November 28, 2007, within the Southern District of California, defendant Isaac NAVARRO-Lomeli did knowingly and intentionally import approximately 46.46 kilograms (102.21 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29 TH, DAY OF NOVEMBER 2007.

PETER C LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Isaac NAVARRO-Lomeli

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Frank Gonzalez.

On November 28, 2007, at approximately 0430 hours, Isaac NAVARRO-Lomeli entered the United States at the Calexico, California, West Port of Entry. NAVARRO-Lomeli was the driver and registered owner of a 1986 Dodge Ram truck.

NAVARRO-Lomeli gave a negative Customs Declaration and told the primary officer that he was headed home to Calexico. CBP Officer Huerta asked NAVARRO-Lomeli if the vehicle belonged to him and NAVARRO-Lomeli stated he was the registered owner. CBP Officer Huerta proceeded to conduct an inspection on the vehicle when he noticed that the bed of the truck contained a discrepancy. CBP Officer Huerta tapped that bottom of the bed and felt no vibration to the top of the bed. CBP Officer Huerta asked NAVARRO-Lomeli where he was going. NAVARRO-Lomeli stated he was on his way to work. CBP Officer Huerta decided to escort NAVARRO-Lomeli and the vehicle to secondary for further inspection.

In the vehicle secondary lot, a canine inspection of the vehicle was performed. The canine alerted and responded to the bed area of the vehicle.

A subsequent inspection of the vehicle revealed 9 packages concealed inside the non-factory compartment built in the bed off the truck. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 9 packages had a combined net weight of approximately 46.46 kilograms (102.21 pounds).

NAVARRO-Lomeli was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. NAVARRO-Lomeli admitted knowledge of the marijuana.