**ELLIS M. JOHNSTON III**
California Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
E-mail: ellis_johnston@fd.org

Attorneys for Mr. Navarro-Lomeli

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**ISSAC NAVARRO LOMELI**,<br>Defendant. | Case No. 07mj8952<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov,

Dated: December 4, 2007

*s/ Ellis M. Johnston, III*
**ELLIS M. JOHNSTON III**
Federal Defenders of San Diego, Inc.
E-mail: ellis_johnston@fd.org