**ROBERT H. HENSSLER, JR.**
California Bar No. 216165
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Robert_Henssler@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ISAAC NAVARRO-LOMELI**,<br><br>Defendant. | ) | Case No. 07MJ8952<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: December 19, 2007

*/s/ Robert R. Henssler, Jr.*
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Robert_Henssler@fd.org
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: December 19, 2007

*/s/ Robert R. Henssler, Jr.*
**ROBERT R. HENSSLER, JR.**
Federal Defenders of San Diego, Inc.
Robert_Henssler@fd.org